Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JUSTIN LANG,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON,<br><br>  Defendants. | Case No. CV-12-0983 TEH<br><br>**STIPULATION RE ACCEPTANCE OF SERVICE OF PROCESS AND TO EXTEND SONOMA DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER** |

This joint stipulation and request for entry of order pursuant to Civil Local Rule 7-12 is entered into by and between Plaintiff PETER JUSTIN LANG ("Plaintiff"), and Defendants COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON.

This stipulation and request for an Order is based upon defendants' agreement to accept service of the Summons and Complaint and defendants' request that they be provided with 60 days to file a responsive pleading.  The terms and provisions of this stipulation and request for order are set forth below.

///

**RECITALS**

A. Plaintiff filed his Complaint on February 27, 2012. Plaintiff mailed the Summons and Complaint to the County of Sonoma on March 30, 2012.

B. On April 12, 2012, counsel for all defendants obtained their authorization to accept service of the Summons and Complaint on their behalf.

C. On April 17, 2012, counsel for defendants contacted plaintiff's counsel, agreeing to accept service provided that defendants be provided with 60 days to file a responsive pleading. Plaintiff's counsel agreed.

WHEREFORE, the parties hereby stipulate and request entry of a court order as follows:

1. Defendants accept service of the Complaint, effective April 17, 2012.

2. Defendants shall have until and including 60 days after this Court issues its order on this stipulation in which to file and serve their responsive pleading.

Respectfully submitted,

Dated: April 26, 2012                    LAW OFFICES OF JOHN W. PHILLIPS

By: /s/ *John W. Phillips*
John W. Phillips
Attorneys for Plaintiff
PETER JUSTIN LANG


Dated: April 26, 2012                    BERTRAND, FOX & ELLIOT

By: /s/ *Richard W. Osman*
Richard W. Osman
Attorneys for Defendants
COUNTY OF SONOMA, SONOMA COUNTY
SHERIFF'S OFFICE, ERIC SALKIN,
CHRISTOPHER HASS and MARK FUSTON

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, and with good cause appearing,

IT IS HEREBY ORDERED that service is deemed complete on all defendants as of April 17, 2012, and the Defendants shall have up to and including 60 days from the date this Court issues its Order on this stipulation to file a responsive pleading.

Date: 04/30/2012

_____
HONORABLE THELTON E. HENDERSON
United States District Judge

STIPULATION RE ACCEPTANCE OF SERVICE OF PROCESS AND TO EXTEND SONOMA DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER