Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JUSTIN LANG,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON,<br><br>    Defendants. | Case No. CV-12-0983 TEH<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>**Date:**        Monday, June 25, 2012<br>**Time:**       1:30 p.m.<br>**Courtroom:** 12, 19th Floor<br>**Judge:**       Hon. Thelton E. Henderson |

PLEASE TAKE NOTICE on Monday, June 25, 2012, the date on which the Initial Case Management Conference in the captioned matter is currently set, Richard W. Osman, counsel of record for defendants COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON, will be out of the state.  Mr. Osman is trial counsel for defendants in this matter, and respectfully requests that he be granted permission to appear telephonically at the June 25, 2012 Initial Case Management Conference.

///

///

1

REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

Defendants' counsel also is aware that plaintiffs' counsel's office is located in southern California and, if the Court is amenable, does not object to his appearing telephonically as well.

Dated: June 20, 2012                                        BERTRAND, FOX & ELLIOT

                                                            By:  /s/ *Richard W. Osman*
                                                                 Richard W. Osman
                                                                 Attorneys for Defendants
                                                                 COUNTY OF SONOMA, SONOMA COUNTY
                                                                 SHERIFF'S OFFICE, ERIC SALKIN,
                                                                 CHRISTOPHER HASS and MARK FUSTON

### ORDER

GOOD CAUSE APPEARING, it is ordered that Richard W. Osman, counsel for defendants COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON, be allowed to appeared telephonically at the Initial Case Management Conference in the captioned matter, currently set for Monday, June 25, 2012.

**IT IS SO ORDERED.**

Date: 06/20/2012

_____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson