John W. Phillips (SBN # 92992)
**PHILLIPS & ASSOCIATES**
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 348-9515
Facsimile: (818) 706-3727

Attorney for Plaintiff,
**PETER JUSTIN LANG**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JUSTIN LANG,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S OFFICE; ERIC SALKIN; CHRISTOPHER HAAS; MARK FUSTON,<br><br>    Defendants. | Case No. CV-12-0983 TEH<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>*Complaint filed: February 27, 2012*<br><br>**Date:**   Monday, June 25, 2012<br>**Time:**   1:30 p.m.<br>**Judge:**  Hon. Thelton E. Henderson |

   PLEASE TAKE NOTICE that on Monday, June 25, 2012, the date on which the Initial Case Management Conference in the captioned matter is currently set, John W. Phillips, counsel of record for Plaintiff PETER JUSTIN LANG, cannot be physically present without significant hardship due to obligations relating to an ongoing trial in the County of Ventura.  Mr. Phillips respectfully requests that he be granted permission to appear telephonically at the June 25, 2012 Initial Case Management Conference.

   This Court has already granted the request of Defendants' counsel to appear telephonically, and Defendants' counsel has indicated that he does not object to Mr. Phillips appearing telephonically as well.

REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE;    -1-
[PROPOSED] ORDER THEREON

DATED: June 21, 2012                    PHILLIPS & ASSOCIATES

By: _____
John W. Phillips, Attorney for PLAINTIFF,
Peter Justin Lang

## ORDER

GOOD CAUSE APPEARING, it is ordered that John W. Phillips, counsel for Plaintiff PETER JUSTIN LANG, be allowed to appeared telephonically at the Initial Case Management Conference in the captioned matter, currently set for Monday, June 25, 2012.

**IT IS SO ORDERED.**

Date: __06/21/2012_____                    _____
Hon. _____
UNITED STATES DISTRICT JUDGE

REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE;    -2-
[PROPOSED] ORDER THEREON