Thomas F. Bertrand, State Bar No. 056560
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
E-Mail: tbertrand@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA,
SONOMA COUNTY SHERIFF'S OFFICE,
ERIC SALKIN, CHRISTOPHER HAAS
and MARK FUSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JUSTIN LANG,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HAAS and MARK FUSTON,<br><br>    Defendants. | Case No. CV-12-0983 TEH<br><br>**Hearing Date:** Monday, August 6, 2012<br>**Time:**  10:00 a.m.<br>**Courtroom:**  2, 17th Floor<br>**Judge:**  Hon. Thelton E. Henderson |

**DEFENDANTS COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HAAS and MARK FUSTON'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT (FRCP, RULE 12(b)(6))**

PLEASE TAKE NOTICE that defendants COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HAAS and MARK FUSTON hereby withdraw their motion to dismiss plaintiff's complaint filed pursuant to Rule 12(b)(6), which motion was set to be heard before the above-entitled Court on August 6, 2012 at 10:00 a.m.

Dated: July 10, 2012

BERTRAND, FOX & ELLIOT

By: /s/ *Thomas F. Bertrand*
    Thomas F. Bertrand
    Attorneys for Defendants
    COUNTY OF SONOMA, SONOMA COUNTY
    SHERIFF'S OFFICE, ERIC SALKIN,
    CHRISTOPHER HASS and MARK FUSTON