Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JUSTIN LANG,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S OFFICE, ERIC SALKIN, CHRISTOPHER HASS and MARK FUSTON,<br><br>   Defendants. | Case No. CV-12-0983 TEH<br><br>**STIPULATION TO SUBMIT MATTER TO PRIVATE MEDIATION IN LIEU OF EARLY NEUTRAL EVALUATION AND TO COMPLETE MEDIATION AFTER THE PRESENTLY-SCHEDULED ENE DEADLINE** |

The parties, by and through their respective counsel, hereby stipulate and request that they be permitted to submit this matter to private mediation instead of the presently-ordered Early Neutral Evaluation and request that they be permitted to complete the private mediation after January 3, 2013— the date presently scheduled ENE—based on the following:

1.      On October 15, 2012, this matter was referred to Early Neutral Evaluation. Thereafter, ENE Evaluator James Fitzpatrick was assigned to the matter. ENE was scheduled for January 3, 2012. During the pre-ENE conference call, Mr. Fitzgerald indicated a belief that this matter is better suited to mediation than ENE.

1

STIPULATION TO SUBMIT MATTER TO PRIVATE MEDIATION IN LIEU OF ENE
*Lang v. County of Sonoma*
U.S.D.C. Northern District of CA Case No. CV 11-03085 JSW

2.     Counsel for all parties extensively met and conferred between November 1, 2012 and present and agree that private mediation is a better ADR process for this matter and is more likely to lead to eventual resolution of this case.

3.     Counsel have contacted Mr. Fitzgerald and explained their desire to submit the matter to private mediation and that the present stipulation will be filed, requesting private mediation.

4.     The parties have agreed to use the service of mediator James Larson with JAMS and have obtained multiple available dates from JAMS during January and February 2013.

5.     Counsel for defendants is scheduled for trial in Marin County Superior Court from January 8, 2012 to January 18, 2013.

6.     On November 14, 2012, Plaintiff Peter Lang underwent two surgical procedures related to the incident giving rise to his Complaint. These surgeries were to further repair his fractured shoulder and to remove a metal plate from his fractured knee which had been surgically repaired on the night following the incident. Both of these surgeries were performed at Kaiser Permanente in Santa Rosa, and the records and billings acquisitions are handled by HealthCare Recoveries for Kaiser Permanente Counsel for plaintiffs has had difficulty obtaining medical billing records from Healthcare Recoveries, which forwarded four sets of request forms, general and special HIPAA authorizations, and reimbursement guarantee contracts related to plaintiff's surgeries. Although the documents were fully executed and the medical records and billing statements were requested on an expedited basis, Plaintiff's counsel has received correspondence from Healthcare Recoveries indicating that its actual production of these records and corresponding bills will be at least 60 days, which calculates to February 14, 2013. These records and itemized billing statements are important, if not essential, to a possible resolution of the Plaintiff's claim.

///
///
///
///
///
///

7. Based on the above, the parties respectfully request they be permitted to submit this matter to private mediation with James Larson before the end of February, 2013 in lieu of Early Neutral Evaluation.

Dated: December 27, 2012

Respectfully submitted,

/s/ *Richard W. Osman*
RICHARD OSMAN
Attorney for Defendants
City of San Rafael, Twin Cities
Police Authority, Wanda Spaletta and
Anthony Shaw

/s/ *John W.Phillips*
JOHN W. PHILLIPS
Attorney for Plaintiff

## ORDER

Good cause appearing, the parties are hereby referred to private mediation to be completed before February 28, 2013.

Dated:  01/02/2013

_____
HON. THELTON E. HENDERSON

STIPULATION TO SUBMIT MATTER TO PRIVATE MEDIATION IN LIEU OF ENE
*Lang v. County of Sonoma*
U.S.D.C. Northern District of CA Case No. CV 11-03085 JSW