UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JUSTIN LANG,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 12-cv-00983-TEH   (MEJ)<br><br>**ORDER GRANTING REQUEST TO REMOVE DOCKET NO. 49**<br><br>**ORDER RE: REMOVAL OF CONFIDENTIALITY CLAUSE FROM SETTLEMENT AGREEMENT**<br><br>Re: Dkt. Nos. 49, 50 |

On October 11, 2013, the parties resolved this case during a settlement conference before the undersigned. Dkt. No. 47. Now before the Court are two motions from Plaintiff Peter Justin Lang. Dkt. Nos. 49, 50. Plaintiff explains that the second motion, filed January 21, 2014, is intended to replace the first, filed January 8, 2014, and he requests that the first motion be withdrawn and locked from public view. Good cause appearing, the Court GRANTS Plaintiff's request to strike Docket No. 49. The Clerk of Court shall ensure that Docket No. 49 is withdrawn and sealed from public view.

As to Plaintiff's motion to remove the confidentiality clause, the Court DENIES this motion WITHOUT PREJUDICE. The Court ORDERS the parties to meet and confer in person to determine if they are able to stipulate to Plaintiff's request. If they are, the parties shall file a stipulation and proposed order. If not, the parties shall file a joint statement requesting that the undersigned set this matter for a further settlement conference.

**IT IS SO ORDERED.**

Dated: January 29, 2014

MARIA-ELENA JAMES
United States Magistrate Judge